**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for* Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision, Slip Opinion No. 2024-Ohio-4931.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-4931

IN RE CASES HELD FOR *MARYSVILLE EXEMPTED VILLAGE SCHOOLS BD. OF EDN. v. UNION CTY. BD. OF REVISION.*

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for* Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision, Slip Opinion No. 2024-Ohio-4931.]**

*Disposition of cases held for* Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision.

(Submitted October 1, 2024—Decided October 15, 2024.)

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ.

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed, and the causes are remanded for further proceedings consistent with this court's decision in *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3323:

- 2023-1538. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, 2023-Ohio-3806 (10th Dist.).

- 2023-1551. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-750 (10th Dist. Dec. 1, 2023).

- 2023-1554. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-751 (10th Dist. Dec. 1, 2023).

- 2023-1555. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-743 (10th Dist. Dec. 1, 2023).

- 2023-1602. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2023-Ohio-3985 (5th Dist.).

- 2023-1605. *Olentangy Local School Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2023-Ohio-3984 (5th Dist.).

- 2024-0047. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-738 (10th Dist. Dec. 1, 2023).

- 2024-0048. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-746 (10th Dist. Dec. 1, 2023).

- 2024-0049. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-747 (10th Dist. Dec. 1, 2023).

- 2024-0050. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-748 (10th Dist. Dec. 1, 2023).

- 2024-0051. *New Albany-Plain Local Schools Bd of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-749 (10th Dist. Dec. 1, 2023).

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ.

{¶ 2} The judgments of the court of appeals in the following cases are affirmed on the authority of *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3323:

- 2024-0869. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-1629 (3d Dist.).
- 2024-0870. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-1629 (3d Dist.).

————————————